1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| EFREN RUIZ ALCARAZ, | )  Case No. CV 12-9632-ODW (SP) |
| Petitioner, | ) |
| v. | )  **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| RON BARNES, Acting Warden, | ) |
| Respondent. | ) |
| _____ | ) |

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

19  file, and the Report and Recommendation of the United States Magistrate Judge.

20  Petitioner has not filed any written Objections to the Report within the time

21  permitted.  The Court accepts the findings and recommendation of the Magistrate

22  Judge.

23       IT IS THEREFORE ORDERED that Judgment will be entered denying the

24  Petition and dismissing this action with prejudice.

25

26  DATED:  __September 16, 2015   _____

27                     HONORABLE OTIS D. WRIGHT, II

28                     UNITED STATES DISTRICT JUDGE